HENRY McNABB et al., Respondents, *v.* REBECCA MERYASH et al., Appellants.

*McNabb* v. *Meryash*, 113 App. Div. 903, affirmed.
(Argued April 19, 1907; decided May 7, 1907.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered May 19, 1906, affirming a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term in an action to foreclose a mechanic's lien.

*Lewis Johnston, Edward W. S. Johnston, Edward P. Orrell, Jr.,* and *Ludwig Hobein* for appellants.

*Ferdinand E. M. Bullowa* for respondents.

Judgment affirmed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and HISCOCK, JJ.